An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondents.

No. 67347

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER GRANTING PETITION FOR WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus challenges a district court order denying petitioner's application for in forma pauperis status.

Having reviewed respondent's answer to the petition, in which she concedes that petitioner's documents were not filed in the district court as the result of staff error and that writ relief should be granted, we grant the petition for a writ of mandamus. The district court shall grant petitioner in forma pauperis status for the purpose of filing and proceeding with his complaint dated November 1, 2014, which was attached as exhibit 1 to his writ petition.[1] Nothing in this order precludes the district court from thereafter performing, in its discretion, a pre-service review of the complaint following the procedure set forth in *Jordan v. State ex rel. Department of Motor Vehicles & Public Safety*, 121 Nev. 44, 57-58, 110

---

[1]Petitioner was granted in forma pauperis status on January 23, 2015, in connection with this writ proceeding. Accordingly, no additional review of his application is needed with regard to filing his November 1, 2014, complaint.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22265

P.3d 30, 41 (2005), *abrogated in part on other grounds by Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 181 P.3d 670 (2008). Accordingly, we

ORDER the petition GRANTED AND DIRECT THE CLERK OF THIS COURT TO ISSUE A WRIT OF MANDAMUS instructing the district court to grant petitioner in forma pauperis status and file the November 1, 2014, complaint attached as exhibit 1 to his writ petition.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. David B. Barker, Chief Judge
       Hon. Jennifer P. Togliatti, District Judge
       Stanley Earnest Rimer
       Attorney General/Carson City
       Eighth District Court Clerk